DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL SCHUUR BATES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2680

————————————————

January 28, 2026

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, PA, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.